# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Harold A. Ackerman |
| v. | : | Crim. Case No. 07-696 |
| WILLIE DAVIS JR. | : | <u>Order for Continuance</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing), and defendant WILLIE DAVIS, JR. (by Stacy Ann Biancamano, Asst. Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to allow the defendant and the Office of the United States Attorney for the District of New Jersey to negotiate a plea, and the defendant being aware that she has the right to have the matter tried within seventy days of the date of his arraignment pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having consented to the continuance in the above-captioned matter, and it appearing that the defendant waives such right, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(2)     Defendant has consented to the aforementioned continuance;

(3)     The grant of a continuance will likely conserve judicial resources; and

(4)     Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 2nd day of June, 2008;

ORDERED that the proceedings in this matter are continued for a period of 60 days from May 15, 2008 to and through July 13, 2008; and it is further

ORDERED that the period from the time from May 15, 2008 to and through July 13, 2008 is excludable time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

_____
HON. HAROLD A. ACKERMAN
United States District Judge

Consented and Agreed to by:

_____
Stacy Ann Biancamano, AFPD
Counsel for Defendant WILLIE DAVIS, JR.

_____
Bradley A. Harsch
Assistant U.S. Attorney

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this _____ day of _____, 2008;

ORDERED that the proceedings in this matter are continued for a period of 60 days from May 15, 2008 to and through July 13, 2008; and it is further

ORDERED that the period from the time from May 15, 2008 to and through July 13, 2008 is excludable time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

HON. HAROLD A. ACKERMAN
United States District Judge

Consented and Agreed to by:

Stacy Ann Biancamano, AFPD
Counsel for Defendant WILLIE DAVIS, JR.

Bradley A. Harsch
Assistant U.S. Attorney

-2-