UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: Criminal No. 07-696 (HAA)
:
v. : ORDER
:
:
WILLIE DAVIS :

## SUBSTITUTION OF COUNSEL

This matter having been opened to the Court by Richard Coughlin, Federal Public Defender, who seeks permission to withdraw from the representation of Willie Davis, and to substitute Stacy A. Biancamano, Esq., as counsel for the defendant, effective October 27, 2008, and neither government nor Mr. Davis having any objection to the requested substitution, and good and sufficient cause having been shown,

IT IS on this 8th day of October 2008, ORDERED, that

1. Effective October 27, 2008, the Office of the Federal Public Defender will be relieved as counsel for Willie Davis.

2. Effective October 27, 2008, Stacy A. Biancamano, Esq., shall be appointed to represent Willie Davis, pursuant to 18 U.S.C. § 3006A and Part II D(5) of Appendix I to the Criminal Justice Act Plan for the District of New Jersey.

Harold A. Ackerman
Honorable Harold A. Ackerman, U.S.D.J.