PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Willie Davis                                           Docket No. 07-696

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kenneth Rowan, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Willie Davis**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz, U.S. Magistrate Judge**, sitting in the Court at Newark, New Jersey, on October 26, 2007, under the following conditions:

1. Pretrial Services Supervision.
2. 24-hour house arrest with electronic monitoring with exceptions to leave his residence for verifiable employment, medical emergencies, counsel visits, religious services and other exceptions approved by Pretrial Services.
3. Olivia Davis will act as third party custodian.
4. Maintain residence with his mother at 182 Hawthorne Ave, #2, Newark, New Jersey.
5. Surrender passport and obtain no travel documents.
6. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services Agency.
7. Drug testing and treatment, as deemed necessary by Pretrial Services.
8. Do not possess any weapons.
9. Report any contact with law enforcement to Pretrial Services.
10. No contact with victims or witnesses associated with this matter.
11. Do not commit any federal, state, or local offenses.

On June 18, 2008, the defendant entered a guilty plea before Your Honor. His sentencing is scheduled for September 24, 2008.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER that the defendant's bail is modified as noted in the addendum.

ORDER OF COURT

Considered and ordered this 21st day of October, 2008 and ordered filed and made a part of the records in the above case.

_____
Harold A. Ackerman
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2008

_____
Kenneth Rowan
U.S. Pretrial Services Officer